Saul S. Rostamian (SBN: 235292)
srostamian@winston.com
Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
Andrew S. Jick (SBN: 278943)
ajick@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700
F: (213) 615-1750

Attorneys for Plaintiff
CMG WORLDWIDE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| CMG WORLDWIDE INC., an Indiana corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>US SPECIALTY VEHICLES LLC, a California limited liability company; TANG QINGJIE, an individual; and DOES 1-10,<br><br>    Defendants. | **Case No.  5:14-cv-02202-MMM-KK**<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION**<br><br>**[Fed. R. Civ. P. 41 (a)(1)(A)(ii)]** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CMG Worldwide Inc. ("Plaintiff") and Defendants US Specialty Vehicles LLC and Tang Qingjie ("Defendants") (together, the "Parties"), have entered a settlement agreement resolving all claims in this matter, and hereby stipulate to dismiss the above-captioned action against Defendants with prejudice, with each party bearing their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  June 12, 2015          WINSTON & STRAWN LLP

By:  /s/ *Erin R. Ranahan*
    Saul S. Rostamian
    Erin R. Ranahan
    Andrew S. Jick

Attorneys for Plaintiff
CMG WORLDWIDE INC.

Dated:  June 12, 2015          LEXINT LAW, A.P.L.C.

By:  /s/ *Robert C. Hsu*
    Robert C. Hsu

Attorneys for Defendants
US SPECIALTY VEHICLES, LLC and TANG QINGJIE

---

1

**STIPULATION OF DISMISSAL OF ENTIRE ACTION**

LA:383428.1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

## ATTESTATION

I, Erin R. Ranahan, attest that the above listed signatory on whose behalf this document is being filed, has concurred in the content and has authorized this filing.

*/s/ Erin R. Ranahan*
Erin R. Ranahan